IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-CV-01065-KLM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9/7/2018
JEFFREY P. COLWELL, CLERK

RODNEY DOUGLAS EAVES, Plaintiff,

v.

EL PASO COUNTY BoCC, et al., Defendants,

---

PLAINTIFF'S DECLARATION AND CERTIFICATION OF PRIOR REQUESTS FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 26(g)(1)

---

COMES NOW, Plaintiff Rodney Eaves, hereby Declares and Certifies his prior Requests for Production of Documents.

LEGAL AUTHORITY

Fed. R. Civ. P. 26(g)(1) requires with "Every disclosure under Rule 26(a)(1) or (a)(3) and every discovery request, response, or objection must be signed by at least an attorney of record in the attorney's own name -- or by the party personally, if unrepresented..." (emphasis added).

Pg 1 of 2

## DECLARATION AND CERTIFICATION

After further review of the rules of discovery it has been made aware to the Plaintiff he has not complied with the rules of discovery. Therefore, Mr. Eaves hereby makes the following Certification:

In my First, Second and Third Requests for Production of Documents I hereby certify that the requests were (1) consistent with the Fed. R. Civ. P. and were warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law, (2) not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, and (3) neither unreasonable nor unduly burdensome or expensive, considering the needs of the case, prior discovery in the case, the amount in controversy, and the importance of the issues at stake in the action.

Rodney Eaves: _Rodney Eaves_     Date: __08/28/18__

Respectfully submitted this 31st day of August, 2018

_Rodney Eaves_
Plaintiff, Rodney Eaves